**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02403-RMR-SKC

WYATT T. HANDY, JR.,

    Plaintiff,

v.

CITY & COUNTY OF DENVER, et al.,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Regina M. Rodriguez entered on December 15, 2021. It is

ORDERED that the Recommendation of United States Magistrate Judge S. Kato Crews, [ECF 30], is ACCEPTED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motion to Dismiss, [ECF 17], is GRANTED. It is

FURTHER ORDERED that Plaintiff's claims and this case are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that Plaintiff's Motion for Leave to File Amended Complaint, [ECF 34], is DENIED. It is

FURTHER ORDERED that a copy of this Order shall be sent to the following:

    Wyatt T. Handy, Jr.

P.O. Box 5509
Englewood, CO 80155

Dated at Denver, Colorado this 15th day of December, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Stacy Libid
Stacy Libid, Deputy Clerk